UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IVAN E. HENRIQUEZ, ) | Case No. CV 10-3072 AJW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| CITY OF LOS ANGELES, ) | |
| et al., ) | |
| Defendants. ) | |

**IT IS ADJUDGED** that plaintiff recover nothing, that the action is dismissed on the merits, and that defendants are entitled to recover their costs from plaintiff.

July 26, 2012

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

1